# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 10, 2016

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Anthony Castillo Sanchez
>      v. Kevin Duckworth, Interim Warden
>      No. 15-9689
>      (Your No. 15-6043)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 6, 2016 and placed on the docket June 10, 2016 as No. 15-9689.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst