# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTHONY CASTILLO SANCHEZ,    )
                             )
    Petitioner,              )
                             )
v.                           )
                             )   Case No. CIV-10-1141-HE
MIKE CARPENTER, Interim Warden, )
Oklahoma State Penitentiary, )
                             )
    Respondent.              )

## PETITIONER'S MOTION TO PRESENT REQUEST
## FOR CLEMENCY BUDGET EX PARTE AND TO FILE
## UNDER SEAL; BRIEF IN SUPPORT

Petitioner Anthony Castillo Sanchez, through counsel, requests an order permitting Mr. Sanchez's motion for a clemency budget to be filed under seal and considered ex parte.

As grounds for this motion, Petitioner states that confidentiality is appropriate when the proposed motion would require the disclosure of work product. 18 U.S.C. § 3599(f).

A motion for clemency budget necessarily involves disclosure of confidential litigation plans.

Mr. Sanchez's habeas appeal has been denied by the Tenth Circuit and

1

certiorari has been denied by the Supreme Court of the United States.   Thus, the

case is ripe for preparation of a clemency case.

        Respectfully submitted,

        s/ Mark Barrett
        MARK BARRETT, OBA # 557
        P.O. Box 896
        Norman, OK 73070
        Phone: 405-364-8367
        Email: barrettlawoffice@gmail.com
        RANDALL COYNE
        414 S. Pickard
        Norman, OK 73069
        405-834-9317
        rcoyne@ou.edu

## CERTIFICATE OF SERVICE

     I certify that on this 23rd day of October, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Assistant Attorney General Jennifer L. Crabb, whose email address is fhc.docket@oag.ok.gov.

        /s/ Mark Barrett
        MARK BARRETT