# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY CASTILLO SANCHEZ, | ) |
| Petitioner, | ) |
| vs. | ) NO. CIV-10-1171-HE |
| CHRISTE QUICK, | ) |
| Respondent. | ) |

## ORDER

Petitioner's motion to file notice to the court *ex parte* and under seal [Doc. #69] is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 25th day of April, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE