# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY CASTILLO SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO. CIV-10-1171-HE |
| | ) | |
| CHRISTE QUICK, Acting Warden, | ) | **FILED UNDER SEAL** |

## ORDER

The court acknowledges the notice to the court [Doc. #71] filed by petitioner's counsel, but sees no reason based on that submission to either direct or permit the withdrawal of Mr. Barrett or Mr. Coyne as counsel for petitioner. No alternate counsel has appeared, or sought to appear, in this court. Further, there are no proceedings ongoing in this case beyond administration of the clemency budget previously approved, which approval was based in part on the court's confidence in the reputation and abilities of current counsel to act responsibly in petitioner's interest.

**IT IS SO ORDERED**.

Dated this 8th day of May, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE