# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY SANCHEZ, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> ANITA TRAMMELL, WARDEN § <br> OKLAHOMA STATE PENITENTIARY, § <br> § <br> Respondent, § | Case no: 5:10-cv-01171 |

## PETITIONER'S MOTION TO SUBSTITUTE COUNSEL

Petitioner, Anthony Sanchez, through counsel, Eric Allen respectfully moves this Honorable Court to allow Eric Allen to substitute as counsel for the Petitioner. The substitution is not meant to harass the Respondent or to delay the proceeding. Petitioner has requested, in writing, that counsel be appointed to his case to handle the clemency hearing. On two separate occasions he has indicated that wishes to have counsel be substituted for purposes of the clemency hearing. Counsel has submitted contemporaneously with this motion, a motion to appoint and a request to be admitted in the Western District of Oklahoma.

For the foregoing reasons counsel prays that the court will grant the motion and allow Mr. Allen to substitute counsel for Randall Coyne and Mark Barrett in the above action.

Respectfully submitted,

**/s/ Eric J. Allen**
**Eric J. Allen**
**4200 Regent Street**
**Suite 200**
**Columbus, Ohio 43219**
**(614) 443-4840**
**Eric@EAllenLaw.com**

## CERTIFICATE OF CONFERENCE

On May 2, 2023, the undersigned conferred with Jennifer Crabb , counsel for the Warden, who indicated that the Appellee takes no position.

_/s/ Eric Allen_
Eric Allen

## CERTIFICATE OF SERVICE

I certify that on May 18, 2023, I filed a true and correct copy of this document electronically with the Clerk of the Court for the Western District of Okolahoma , using the electronic case filing system. A "Notice of Electronic Filing" was sent to all counsel of record.

_/s/ Eric Allen_
Eric Allen

I, Anthony Castillo Sanchez #275098 Do not want Mark Barrett or Randy Coyne Representing Me. They are not working in my best intrest,

Respectfully,

*Anthony Sanchez*

2-3-23

March 2023

Dear Mark Barrett,

Due to sustained neglect I have lost all confidence in your services. For over six years I did not hear from you. In the last few months I have tried to give you another chance, you have done nothing to regain my trust. That is why I am firing you and substituting you with Attorney Greg Gardner and Attorney Eric Allen as my counsel for the entirety of my case, Including all remaining legal appeals and clemency.

Respectfully Submitted
Anthony C. Sanchez
*(signature)*

Subscribed and Sworn before me this 15 day of March

*(signature)* Zaky Pope
Notary Public

*(Notary seal: ZAKIYA POPE, NOTARY PUBLIC, #18002752, EXP. 03/16/26, STATE OF OKLAHOMA)*

Commission Expires: 3/16/26
Commission Number: 18002752