### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY SANCHEZ, | ) |
| Petitioner, | ) |
| vs. | )   NO. CIV-10-1171-HE |
| CHRISTE QUICK, Acting Warden, | ) |
| Respondent. | ) |

## ORDER

The motions filed on behalf of petitioner Sanchez by Eric Allen Esq., for substitution of counsel and the appointment of Mr. Allen as new counsel [Doc. Nos. 73 & 74], are set for hearing on **Tuesday, June 6, 2023, at 9:00 a.m**., in Courtroom No. 501. Current counsel and Mr. Allen will be expected to appear in person.

Current counsel are directed to be prepared to address the status of amounts paid or obligations incurred pursuant to the clemency budget previously approved by the court. Doc. #68.

**IT IS SO ORDERED.**

Dated this 24th day of May, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE