# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF PROCEEDINGS HELD
## IN A CIVIL PROCEEDING

| | |
|---|---|
| ANTHONY SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-10-1171-HE |
| ) | |
| CHRISTE QUICK, Warden, ) | |
| ) | |
| Defendant. ) | |

## CIVIL MOTION DOCKET

| **Judge Joe Heaton, Presiding** | Date and Time: **06/06/2023 @ 9:00 a.m. to 9:30 a.m**. Total Time: **30 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | Christi Clark, Court Reporter |

| **Appearances of Counsel for plaintiffs:** | **Appearances of Counsel for defendant:** |
|---|---|
| Eric Allen, Esq.<br>Mark Barrett, Esq.<br>Randall Coyne, Esq. | |

**PROCEEDINGS**: Hearing held on plaintiff's motion to appoint counsel [Doc. #73] filed 05/18/2023; and Plaintiff's Motion for Order Allowing Substitution of Counsel [Doc. #74] filed 05/18/2023.

**Hearing Type**: ☒**Oral Arguments**; ☒**Non-Evidentiary**; ☐ Evidentiary; ☐ Witness testimony heard; ☐ Exhibits referenced;
☐ Other: _____ .

**Proceedings**: Counsel for the parties present. The court hears oral arguments from counsel. The court **denies** plaintiff's motions [Doc. Nos. 73 and 74]. Written Order to follow.

**Court Adjourned**.