IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY CASTILLO SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-10-1171-HE |
| | ) | |
| CHRISTE QUICK, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court held a hearing this date on the motions for substitution of counsel and for appointment of new counsel, filed by Eric Allen, Esq. on behalf of defendant Sanchez.[1] The court heard the statements of Mr. Allen and of defendant's current counsel, Mark Barrett and Randall Coyne, all of whom were present in person.

For the reasons stated more fully from the bench, the court concludes that substitution of counsel is not warranted. The court concludes the purported basis for defendant's interest in new counsel, to the effect that he has not heard from counsel in over six years, is factually untrue and that the contacts and efforts of counsel in that period have been appropriate to the circumstances of the case. Further, the court concludes defendant's statements to the contrary reflect pressure and coaching from his nominal "spiritual advisor," Mr. Jeff Hood, which is consistent with Mr. Hood's efforts in other cases to inject himself into the relationships between capital defendants and their

---

[1] *There is nothing pending in this court in this case other than administration of the clemency budget previously approved.*

counsel and that such efforts are motivated, at least in part, by considerations other than the best interest of the client.

The motions [Doc. Nos. 73 & 74] are **DENIED.**

**IT IS SO ORDERED.**

Dated this 6th day of June, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE