In The Court of Criminal Appeals, State of Oklahoma

Anthony Castillo Sanchez, pro se,
     Appellant / Petitioner
          vs.
State of Oklahoma,
Appelleel Respondant

Case No:
District Court Case: CF-2000-325

**FILED**

JUN 15 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Pro Se Motion to waive and relinquish counsel

     Honorable Judge Joe Heaton, I, Anthony Castillo Sanchez do humbly come before this court pro se. I am currently on Death row. I fully understand the nature of the crime of which I have been convicted and the severity of the punishment imposed upon me, I have chosen to proceed with the rest of my case (for clemency and all further appeals), Pro Se or "For Myself". I understand that I have been afforded the assistance of two lawyers and that this action will sever my relationship with them.

     This is the main reason why I am pursuing this action. Mark Barrett and Randy Coyne have abandoned me as their client. I have only only heard from them a few times in the last 6-8 years. Such abandonment has created a toxic atmosphere. I have absolutely no trust in their abilities to represent me. I also have no trust in the direction they are trying to take my case in the coming months.

     I have no doubt that my life is dependent on my ability to represent myself. I desire to proceed Pro Se or on my own. By invoking my Constitutional right to self-representation, I understand that I am taking sole responsibility for perfecting and pursuing all future appeals. I also understand that I am responsible for any and all future failings of such appeals.

I acknowledge that I have not, in any way, been compelled or coerced into waiving and relinquishing the assistance of counsel. I further acknowledge that I am competent to make said waiver and relinquishment and that it is made knowingly, intelligently and voluntarily. I also acknowledge that I have consulted my family and an outside attorney about my decision to waive and relinquish counsel.

I understand the dangers and requirements I am assuming in representing myself in this matter. I acknowledge the possible consequences. I am the person facing an execution date of September 21, 2023 and if I don't legally fight for myself, from multiple conversations with my now former attorneys I know now that no one else will. Therefore, I voluntarily waive and relinquish any privilege or right to an attorney to represent me from this point forward.

Please inform Mark Barrett and Randy Coyne that their services are no longer needed and that I will be engaging all future legal matters (including clemency and all further appeals) Pro Se.

Respectfully Submitted,
Anthony Castillo Sanchez
Anthony C. Sanchez
D.O.C. # 275098
P.O. Box 97 A-4-8
Mcalester, OK 74502

Subscribed and Sworn before me this ___12___ day of ___June___ 2023

_____
Notary Public

Commission Expires: _3/16/26_

Commission Number: _18002752_

ZAKIYA POPE
NOTARY
# 18002752
EXP. 03/16/26
PUBLIC
STATE OF OKLAHOMA