In the Court of Criminal Appeals, State of Oklahoma

Anthony Castillo Sanchez, Pro Se,
   Appelant / Petitioner

vs.

State of Oklahoma
   Appellee / Respondant

Case No:
District Court Case: CF-2000-325

**FILED**
JUN 22 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____, DEPUTY

## Pro Se Motion Invoking my ~~Right to not Pursue~~ clemency

There is no greater danger than misplaced hope. For decades, I've watched the Oklahoma Board of Pardon and Parole act as an instrument of approval for even the most significant of injustices. Such moments are regularly defined by close votes. However, the state always seems to come out on top. Even when it doesn't, Governor Stitt is more than willing to make sure that death wins in the end. Why would someone like me participate in such a process?

Even though I'm demonstrably innocent, the board is never going to listen to me. In fact, I believe it's incapable. There are too many people on the board with a direct intrest in keeping things the way they've always been. And we all know how things have always been.

Botch the collection of evidence, declare a suspect when public opinion gets hot, scream that they're a monster, hide any favorable evidence, preach a lie until you secure a conviction, emotionally convince jurors they're doing the world a favor with a sentence of death, deny the condemned a fair clemency hearing and ride the lie until the poison flows through the veins of the condemned.

I will not be a part of it. I am not the State of Oklahoma's punching bag. I have chosen to pursue my innocence through other fairer means.

The process by which I have come to this decision has been long and convoluted. Which is of course why you have received multiple letters from me.

Initially, I thought I would simply work within the boundaries that everyone does. Do what my attorneys tell me to do and come what may. Then, I relized that my attorneys were too damn incopetent to help me prove my innocence. So I started to look for other attorneys.

The Western District denied my right to have attorneys of my choosing. When this happened I decided to pursue going Pro Se. I am in the middle of constructing a variety of motions (including an actual innocence motion) to file on my own.

Which brings me to my concluding thought, I relized that I don't have to do the Clemency hearing at all. Such a path will free me up to spend the precious time that I have working to prove my inocence and not working on clemency.

I want to prove that I did not kill Julie Buskin. I want to be declared actually innocent. You just don't offer a forum for accomplishing that. I've seen you smash demonstrably innocent cases repeatedly.

By, INVOKING MY RIGHT TO NOT PURSUE CLEMENCY, I am taking my power back. I will carry the burden of proving my innocence in venues that are not predetermined. I understand that I am responsible for any and all consequences this decision might bring.

I acknowledge that I have not, in any way, been compelled or coerced into waiving my right to a clemency hearing. I futher acknowledge that I am competent to make said waiver and relinquishment and that it is made knowingly, intelligently and voluntarily. I also acknowledge that I have consulted my family, spiritual advisor and an outside attorney about my decision. I am the person facing an execution date

of September 21, 2023. I CANNOT WASTE ANY MORE TIME ON THIS BROKEN PROCESS.

                        Respectfully Submitted,
                        Anthony Castillo Sanchez
                        *Anthony C. Sanchez*
                        D.O.C. # 275098
                        P.O. Box 97   A-4-8
                        McAlester, OK 74502

Subscribed and sworn before me this __19__ day of __June__, 2023

__Zak Pope__
Notary Public

[Notary Seal: ZAKIYA POPE, NOTARY, # 18002752, EXP. 03/16/26, STATE OF OKLAHOMA, PUBLIC]

Commission Expires: _____
Commission Number: _____