IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY CASTILLO SANCHEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. CIV-10-1171-HE |
| CHRISTE QUICK, Acting Warden, ) | |
| Oklahoma State Penitentiary, ) | |
| ) | |
| Respondent. ) | |

### MOTION OF APPOINTED ATTORNEYS TO WITHDRAW AS COUNSEL FOR PETITIONER

Mark Barrett and Randall Coyne, appointed counsel for Petitioner Anthony Castillo Sanchez, request an order permitting counsel to withdraw from representing Mr. Sanchez.

Petitioner has requested that his attorneys withdraw and has stated he is waiving his clemency hearing.   It was for clemency that counsel were appointed. Thus, pursuant to Local Civil Rule 83.5, attorneys Barrett and Coyne move to withdraw.

Respectfully submitted,

s/ Mark Barrett
MARK BARRETT, OBA # 557
P.O. Box 896
Norman, OK 73070
Phone: 405-326-4758
Email: barrettlawoffice@gmail.com

RANDALL COYNE
414 S. Pickard
Norman, OK 73069
405-834-9317
rcoyne@ou.edu

## CERTIFICATE OF SERVICE

I certify that on this 17th day of July, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to Assistant Attorney General Jennifer Crabb, whose email address is fhc.docket@oag.ok.gov.

/s/ Mark Barrett
MARK BARRETT