IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY CASTILLO SANCHEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTE QUICK, Warden )<br>)<br>Defendant. ) | NO. CIV-10-1171-HE |

## ORDER

Court-appointed counsel for petitioner Sanchez, Mark Barrett and Randal Coyne, have filed two motions. One seeks direction as to the disposition of files maintained by them, indicating there are some 40 banker's boxes of documents which have been generated in the course of this proceeding some of which contain confidential information or other material not appropriate for release/distribution. The second motion seeks leave to withdraw as counsel for petitioner, noting that petitioner has indicated he is waiving his clemency hearing and that it was "for clemency that counsel were appointed."

Substantially for the reasons stated in the motion, the motion for direction [Doc. #80] is **GRANTED** as follows: counsel are directed to maintain possession and control of the referenced files pending further order of the court. No exception for a trial transcript is indicated at this point, as there has been no showing of a further proceeding or potential proceeding as to which petitioner, proceeding *pro se*, might have a justifiable need for it.

As to the motion for leave to withdraw, it appears, based on the present submissions, that all that remains for resolution in this case is administration of the budget previously approved for clemency purposes. Clemency efforts having been abandoned by petitioner, there is no need for further representation as to clemency matters by these counsel.[1] The motion for leave to withdraw [Doc. #81] is therefore **GRANTED.** Mark Barrett and Randall Coin are granted leave to withdraw, and the Clerk of Court is directed to strike their names as attorneys of record for petitioner. Withdrawing counsel are directed to submit any remaining claims for fees or expenses properly chargeable to the clemency budget within **fourteen (14) days** from entry of this order.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *To the extent that the motion suggests counsel were appointed for petitioner only as to clemency matters ("It was for clemency that counsel were appointed."), the court notes that counsel have represented petitioner as to all matters in this case but that only clemency considerations remain.*