# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ANTHONY CASTILLO SANCHEZ, )
)
        Petitioner, )
)
vs. ) NO. CIV-10-1171-HE
)
CHRISTE QUICK, Warden, )
)
        Respondent. )

## ORDER

Petitioner has moved for leave to proceed on appeal without prepayment of costs or fees. However, his appeal has been dismissed by the Court of Appeals. Order, August 7, 2023 [Doc. #86]. The motion [Doc. #87] is therefore **STRICKEN as MOOT**.

**IT IS SO ORDERED**.

Dated this 16th of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE