# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY CASTILLO SANCHEZ, | ) |
| Petitioner, | ) |
| vs. | ) NO. CIV-10-1171-HE |
| CHRISTE QUICK Warden, | ) |
| Respondent. | ) |

## ORDER

In light of the court's order granting counsel's motion to withdraw [Doc. #85], petitioner's motions for order [Doc. Nos. 78 and 79] are **STRICKEN** as moot.

**IT IS SO ORDERED**.

Dated this 17th day of August, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE