# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY SANCHEZ, | § | Case No. 5:10-cv-01171 |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| ANITA TRAMMELL, WARDEN | § | |
| OKLAHOMA STATE PENITENTIARY | § | |
| | § | |
| Respondent, | § | |

Now comes Eric Allen and enters his appearance on behalf of the Petitioner, Anthony Sanchez. All correspondence should be directed to the address below or the email on file with this court's ECF system.

    Respectfully submitted,

    **/s/ Eric J. Allen**
    Eric J. Allen
    4200 Regent Street
    Suite 200
    Columbus, Ohio 43219
    (614) 443-4840
    Eric@EAllenLaw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 22, 2023, I filed a true and correct copy of this document was sent by electronic mail. A "Notice of Electronic Filing" was sent to all counsel of record.

      **/s/ Eric Allen**
      Eric Allen