# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ANTHONY SANCHEZ,** | § | Case no 5:10-cv-01171 |
| | § | |
| Petitioner, | § | **THIS IS A DEATH** |
| | § | **PENALTY CASE** |
| v. | § | |
| | § | **EXECUTION SEPTEMBER** |
| **ANITA TRAMMELL, WARDEN** | § | **21, 2023** |
| **OKLAHOMA STATE PENITENTIARY** | § | |
| | § | |
| | § | |
| Respondent, | § | |

## NOTICE OF APPEAL

Notice is hereby given that Petitioner, Anthony Sanchez in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered in this action on August 7, 2023 (Doc. No. 85) denying Petitioner's request for the file in this matter. Dated this 30th day of August, 2023.

                                        Respectfully submitted,

                                        /s/ Eric J. Allen
                                        Eric J. Allen
                                        4200 Regent Street
                                        Suite 200
                                        Columbus, Ohio 43219
                                        (614) 443-4840
                                        Eric@EAllenLaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 30, 2023, I filed a true and correct copy of this document was sent by electronic mail. A "Notice of Electronic Filing" was sent to all counsel of record.

                                         /s/ Eric Allen
                                         Eric Allen