# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY SANCHEZ, | § | Case no 5:10-cv-01171 |
| | § | |
| Petitioner, | § | THIS IS A DEATH |
| | § | PENALTY CASE |
| v. | § | |
| | § | EXECUTION SEPTEMBER |
| ANITA TRAMMELL, WARDEN | § | 21, 2023 |
| OKLAHOMA STATE PENITENTIARY | § | |
| | § | |
| | § | |
| Respondent, | § | |

## MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner Anthony Sanchez, through undersigned counsel, moves pursuant to leave to proceed in forma pauperis in his concurrently filed notice of appeal. Mr. Sanchez is indigent and has been appointed counsel in state and federal court. As to his federal proceedings, the United States District Court for the Western District of Oklahoma issued an order appointing counsel pursuant to 18 U.S.C. § 3599. *See attached Order, at Appendix A*.

Undersigned counsel hereby certify that Mr. Sanchez remains indigent. Mr. Sanchez requests that this Court allow him to proceed in forma pauperis. Mr. Sanchez has filed, pro se, all the documentation needed to proceed in forma pauperis. *R. 91, Notice regarding financial statements*.

Respectfully submitted,

/s/ Eric J. Allen
Eric J. Allen
4200 Regent Street
Suite 200
Columbus, Ohio 43219
(614) 443-4840
Eric@EAllenLaw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2023, I filed a true and correct copy of this document was sent by electronic mail. A "Notice of Electronic Filing" was sent to all counsel of record.

*/s/ Eric Allen*
Eric Allen