# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTHONY CASTILLO SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-10-1171-HE |
| | ) | |
| CHRISTE QUICK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Petitioner Anthony Castillo Sanchez seeks leave to proceed *in forma pauperis* in his appeal from this court's order directing his prior counsel to maintain possession and control of the files for this case pending further order of the court. Such an appeal may not be taken *in forma pauperis* "if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The good faith requirement is met when a party seeks review of any issue that is not frivolous. *See* Coppedge v. United States, 369 U.S. 438, 445 (1962).

Although it is not altogether clear whether a dispute remains given that petitioner now appears to have retained counsel, the court concludes the appeal is not frivolous so as to establish the absence of good faith and that a sufficient showing has been made as to petitioner's financial circumstances. Petitioner's application to proceed *in forma pauperis* on appeal [Doc. #93] is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 5th day of September, 2023.

                                                    _____
                                                  JOE HEATON
                                                  UNITED STATES DISTRICT JUDGE