IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY CASTILLO SANCHEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-10-1171-HE |
| ) | |
| CHRISTE QUICK, Warden, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court of Appeals has remanded this case to this court for reconsideration of the court's August 7, 2023, order in light of intervening developments. The Court of Appeals directed that the reconsideration be accomplished by August 13, 2023, in light of the timing of the scheduled execution of Mr. Sanchez. Pursuant to that direction, the pertinent motion [Doc. #80] is set for hearing on **Wednesday, September 13, 2023, at 10:30 a.m**., in Courtroom No. 501. In addition to counsel for the parties, one or both of petitioner's former counsel (Mr. Barrett and/or Mr. Coyne) are directed to participate in the hearing.

In light of the short time frame and the location of some counsel, leave is granted for counsel and former counsel to appear at the hearing by videoconference if they so choose, provided that any lawyer so participating shall contact chambers by **1:30 p.m**., **Tuesday, September 12**, to arrange the mechanics of the videoconference (contact Deputy Clerk Lisa Minter; **405-609-5601**).

**IT IS SO ORDERED.**

Dated this 11th day of September, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE