# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ANTHONY SANCHEZ,** | § | Case no 5:10-cv-01171 |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | |
| **CHRISTIE QUICK, WARDEN** | § | |
| **OKLAHOMA STATE PENITENTIARY** | § | |
| | § | |
| Respondent, | § | |

## PETITIONER'S NOTICE OF APPEAL

Notice is hereby given that Petitioner, Anthony Sanchez in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered in this action on September 13, 2023 (Doc. No. 103) denying Petitioner's request for a stay of execution in this matter. Dated this 14th day of September, 2023.

Respectfully submitted,

**/s/ Eric J. Allen**
**Eric J. Allen**
**4200 Regent Street**
**Suite 200**
**Columbus, Ohio 43219**
**(614) 443-4840**
**Eric@EAllenLaw.com**

## **CERTIFICATE OF SERVICE**

I certify that on September 14 2023, I filed a true and correct copy of this document was sent by electronic mail. A "Notice of Electronic Filing" was sent to all counsel of record.

                                           _/s/ Eric Allen_
                                           Eric Allen