FILED
United States Court of Appeals
Tenth Circuit

September 14, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ANTHONY CASTILLO SANCHEZ,

    Petitioner - Appellant,

v.

CHRISTE QUICK, Warden, Oklahoma State Penitentiary,

    Respondent - Appellee.

No. 23-6123
(D.C. No. 5:10-CV-01171-HE)
(W.D. Okla.)

---

**ORDER**

---

This matter is before the court on Appellant's *Motion to Voluntarily Dismiss*.

Upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk